## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, ERIC ABENOJA        , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name:  ERIC ABENOJA _____

Date: _____9/16/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _MICHAEL   ABREU_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____MICHAEL   ABREU_____

Date: _____9/12/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Michael Acosta_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____MICHAEL_____ACOSTA_____

Date: _____9/11/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Glen Anderson_____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Glen Anderson_____

Date: _9/11/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _EILEEN DARTOSZ_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ EILEEN B BARTOSZ _____

Date: _____ 9/15/07 _____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JENNIFER R. BASHAM_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _J. R. Bash_

Print Name: _JENNIFER R. BASHAM_

Date: _09-11-07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, __BELL, EDWARD__, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: __BELL, EDWARD__

Date: __07/20/07__

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Kathryn Boyd - Fernandez_ hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: KATHRYN BOYD-FERNANDEZ

Date: 9/14/07

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _R. BRADLEY_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _RICHARD  L.  BRADLEY  JR_____

Date: _9 - 11 - 07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _ARTHUR V. BRANDT,_ hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _ARTHUR V. BRANDT JR._

Date: _09/11/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, Mary E Brewer , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

No compensation to Animal Shelter employees who work a 10 hour shift by themselves due to staff shortages. No lunch break or regular breaks

Signature: Mary E. Brewer

Print Name: Mary E. Brewer

Date: Sept. 27, 2007

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JANICE BORENS_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

THERE HAS NOT BEEN ANY COMPENSATION TO ANIMAL SHELTER
EMPLOYEES WHO WORK ALONE (AT THE SHELTER TO RECEIVE THE
PUBLIC) DUE TO STAFFING. NO ONE TO RELIEVE THAT PERSON FOR
A LUNCH OR BREAK *ONGOING ISSUE, SINCE STAFFING HAS BEEN AN ISSUE *

Signature: _____

Print Name: _____JANICE BORENS_____

Date: _____09.27.07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _BRIAN CARY_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Brian Cary_

Print Name: _Brian Cary_

Date: _9/30/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, ___ JOE  CASTANEDA _____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ JOE    CASTANEDA _____

Date: _____ 10-2-2007 _____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _John Cavanne_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _John Cavanne_____

Date: _Sept/11/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _NoR MN E. CHUCH,_ hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ NoRMAN E, CHUCH _____

Date: _____ 9/11/07 _____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, C. CLEMMENS Soo, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____C. Clemmens H500_____

Print Name: _____C. CLEMMENS H500_____

Date: _____09 - 12 - 07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, $\underline{Tom\ COBB}$, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: $\underline{Tom\ Cobb}$

Date: $\underline{9-12-07}$

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _LESLIE A. GREE_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _LESLIE A. GREE_____

Date: _9-11-07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature:  _Rudd A. Con_

Print Name:  _RICHARD A. COCANOUR_

Date:  _9/8/2007_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, __JOSHUA   CROSSLEY__, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____JOSHUA   CROSSLEY_____

Date: _____09-13-07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Frank Damian_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ Frank Damian _____

Date: _____ 9/10/2007 _____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Glen Davies_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___Glen Davies_____

Date: ___9/13/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JERILYN DENNY_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Denny Denny_

Print Name: _JERILYN DENNY_

Date: _09-12-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, RYAN DERESPINI , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Ryn J. delay_

Print Name: _RYAN DERESPINI_

Date: _9/16/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _STEPHEN DEUTSCHE_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _S Deha_

Print Name: _STEPHEN DEVOLDE_

Date: _9/18/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____Edwc  n   Dowd____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____Edward  Dowd_____

Date: _____Sept. 11, 2007_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, HOSHMAND JURADI, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____HOSHMAND JURADI_____

Date: _____9/11/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____JOE DWYER_____

Date: ___9-11-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _ARGENTINA DUBON_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ARGENTINA DUBON_____

Date: _____9-11-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _GREG ELLA_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _GREGORY R. ELLA_

Date: _11 - SEPT 2007_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, ___David    Ellis___, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___David Ellis_____

Date: ___9-11-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JEFFERY EMMITT_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _JEFFERY EMMITT_

Date: _9|11|2007_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, MIA EMMITT BACIGALUPO, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature:

Print Name: MIA EMMITT

Date: 9|9|07

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Paul J. Erny_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Paul J. Erny_

Print Name: _Paul J. Erny_

Date: _9/11/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, *Patricia Estes Madda* hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: *Patricia Estes-Madden*

Print Name: *Patricia Estes - Madden*

Date: *9/14/07*

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Shaun Fernandez_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___Shaun Fernandez___

Date: ___9/18/07___

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _ROBERT M. FRANKLAND_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _R. Frankland_

Print Name: _ROBERT M. FRANKLAND_

Date: _9/11/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Humberto Flores Jr_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Humberto Flores Jr_____

Date: _____9-11-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Brandy Gadson_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Brandy Gadson_

Print Name: _Brandy Gadson_

Date: _September 17, 2007_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _MICHAEL GANDARA_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Michael Gandara_

Print Name: _MICHAEL GANDARA_

Date: _09/17/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _WAYLAND GEE_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Wayland Gee_

Print Name: _WAYLAND GEE_

Date: _09-11-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Thoma L. Germany_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Thoma L. Germany_____

Date: _9.14.07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Liza Godineaux_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____LIZA GODINEAUX_____

Date: _____9/12/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, JoAnn Gonzales , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: JoAnn Gonzales

Print Name: JoAnn Gonzales

Date: 9/31/07

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, **Nichole Gorman**, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Nichole Gorman_

Print Name: _Nichole Gorman_

Date: _9-14-07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Lorenzo Graham_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Lorenzo Graham_

Print Name: _Lorenzo Graham_

Date: _9/13/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, *ROSA GUERRERO*, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: *Rosa Guerrero*

Print Name: *ROSA GUERRERO*

Date: *9-14-07*

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _HENRY CLEMENT_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Henry Clemens_

Date: _3/1/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, Mitchell Haramaki, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Mitchell R Haramaki_

Print Name: _Mitchell R. Haramaki_

Date: _9/12/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Aaron M Hardy_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Aaron M Hardy_

Print Name: _Aaron M. Hardy_

Date: _09 . 11 . 07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JEREMIAH HARRISON_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _JEREMIAH HARRISON_____

Date: _9-17-07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Dennis Hart_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Dennis Hart_____

Date: _9/11/2007_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _ROBERT HECKMAN_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _ROBERT HECKMAN_

Date: _9/17/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Paul J. Hischier_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: 

Print Name: Paul J. Hischier

Date: 9|11|2007

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, KEVIN    HERIKOSHI        , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature:  _K Hrld  #28_

Print Name:  _KEVIN    HORIKOSHI_

Date:  _9-16-07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Ronald R Jones_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Ronald R Jones_

Print Name: _Ronald R Jones_

Date: _09-11-07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____JED HORLBECK_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____JED HORLBECK_____

Date: _____9\10\07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Jorn C. Kaanete_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____John C. Kaanete_____

Date: _____9/11/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I,     ALEX KEDEN     , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature:     _Alex Keden_

Print Name:     ALEX V KEDEN

Date:     9/16/07

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____JERAD KISSACK_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____JERAD KISSACK_____

Date: _____9-16-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____ALAN S. KUBOYAMA_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ALAN S. KUBOYAMA_____

Date: _____09/11/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, ___MARK LANDES___, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___MARK LANDES___

Date: ___9/17/07___

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, *BARBARA LEAHY*, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: *Barbara Leahy*

Print Name: *BARBARA LEAHY*

Date: *Sept 17, 2007*

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Lance  Leibnitz_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Lance Leibnitz_

Print Name: _Lance Leibnitz_

Date: _9-11-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____SEAN   LYNCH_____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___SEAN   m.   Lynch___

Date: ___9/12/07___

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, JOHN R. MANGILBEN, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _John R. Mangelben_

Print Name: _JOHN R. MANGILBEN_

Date: _09/10/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _SEAN McMENAMIN_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____SEAN McMENAMIN_____

Date: _____9/26/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _MATT McMILLEN_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____#82_____

Print Name: ___MATT McMILLEN_____

Date: ___9/17/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JOSEPH MCNIFF_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____JOSEPH MCNIFF_____

Date: _____9/11/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Lisa McNiff_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Lisa McNiff_

Print Name: _Lisa McNiff_

Date: _9-21-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _KAVIN MCNIFF_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____KAVIN MCNIFF_____

Date: _____9-11-07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Suzette Meno_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Suzette Meno_

Print Name: _Suzette Meno_

Date: _9/14/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____ESTATE OF EUGENE B. MEREDITH BY R MILLER_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____ESTATE OF EUGENE B MEREDITH by RON MILLER_____

Print Name: _____EUGENE B. MEREDITH_____

Date: _____9|11|2007_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, Ron G. Miller, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Ron G. Miller_

Print Name: _Ron G Miller_

Date: _9|11|2007_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _HANK V. MORTEN_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Hank V. Morten_

Print Name: _HANK V. MORTEN_

Date: _9/17/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _ANTHONY MUNOZ_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _ANTHONY MUNOZ_

Date: _09/1-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____ PETE MURRAY _____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ PETE MURRAY _____

Date: _____ 9/12/07 _____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, __MICHAEL ORTEGA__, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___MICHAEL ORTEGA_____

Date: ___9/18/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____

Date: _____9-18-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _DONALD OWYANG_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Deo MARG Sg_

Print Name: _DONALD OWYANG_

Date: _9/11/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _DAVID WAYNE PASCOE_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _David Wayne Pascoe_

Print Name: _DAVID WAYNE PASCOE_

Date: _9-11-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____

Date: _____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _MATTHEW PETTY_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Matthew H. Petty_

Print Name: _MATTHEW H. PETTY #54_

Date: _9/15/2007_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Jennifer Piro_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Jennifer Piro_

Print Name: _Jennifer Piro_

Date: _9-14-07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JAMES  PITTS_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _James Pitts_

Print Name: _JAMES  PITTS_

Date: _9-11-07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, ___JUANITA KABAI___, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: ___Juanita L Kabai___

Print Name: ___JUANITA L. KABAI___

Date: ___9\14\07___

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _HAD A. REEH_____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Conan A. Reeh_____

Date: _09-11-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JEFFREY H. REUSCHÉ_ hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Jeffrey H. Reusche_

Print Name: _JEFFREY H. REUSCHE_

Date: _09/12/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _MARK REYNOLDS_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _M. Reynolds_

Print Name: _MARK REYNOLDS_

Date: _9-15-07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Kelly Robertson_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Kelly Robertson_

Print Name: _Kelly Robertson_

Date: _9/14/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Craig Rodrigue_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____Craig Rodrigue_____

Date: _____09/11/07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _STEVEN M RODEKOHL_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _STEVEN M RODEKOHL_

Date: _9/11/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _E. Rodriquez_ hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Ernestina C. Rodriguez_

Print Name: _Ernestina C. Rodriguez_

Date: _9\12\2007_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I,    PAUL ROLLERI    , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____PAUL ROLLERI_____

Date: _____09/13/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Rodney Rummel_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____RODNEY RUMMEL_____

Date: _____9-12-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Esperanza Sanchez_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____Esperanza Sanchez_____

Date: _____09 17 07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Emilia Santamaria_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____Emilia Santamaria_____

Date: _____9-17-07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, Patricia A. Santos, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____PATRICIA  ANN  SANTOS____

Date: _____9/17/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _MICHAEL SAPINOSO_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___MICHAEL SAPINOSO___

Date: ___9/16/07___

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Gina Sciortino_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____Gina Sciortino_____

Date: _____091607_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _GARY SECF_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Gary M. Seck_____

Date: _9 - 12-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _TYSEN SIEBERT_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _TYSEN SIEBERT_

Date: _9/11/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Ronald J. Simmons_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Ronald_

Print Name: _Ronald J. Simmons_

Date: _9/18/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _SABRINA SMITH_, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Sabrina Smith_

Print Name: _SABRINA SMITH_

Date: _9/12/2007_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Gary Soots_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Gary Soots_

Print Name: _Gary Soots_

Date: _9/12/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, __R. Soto_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___RICHARD    SOTO_____

Date: _____9-15-07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____YVETTE V STARRETT_____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____YVETTE V. STARRETT_____

Date: _____09-08-07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Ian Summit_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Ian Summit_ _____

Date: _9-17-07_ _____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _JARRON S. SUTH_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _JARRON S. SUTH_____

Date: _09/11/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _RUSSELL  EARL  THURMAN_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Russell Earl Thurman_

Print Name: _RUSSELL  EARL  THURMAN_

Date: _9-5-2007_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, Karen Timney , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___ KAREN TIMNEY ___

Date: ___ 9 - 11 - 07 ___

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _DARIN TSUJIMOTO_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _DARIN TSUJIMOTO_

Date: _9/11/2007_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Larry Valisko_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Larry Valisko_

Date: _9-10-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Robert R. Villa_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Robert R. Villa_

Date: _9/11/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Craig Vereiland_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Craig Vereiland_

Date: _9-15-07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _____Karen Watson_____, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____Karen Watson_____

Date: _____9/12/07_____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _ERNEST C. WHITE_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _ERNEST C. WHITE_

Date: _09/14/07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, Marama Williams, hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ MARAMA  A.  WILLIAMS _____

Date: _____ 9/17/07 _____

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Russell West Sr_ , hereby consent to become a party to litigation
in the United States District Court under the Fair Labor Standards Act (FLSA). The
lawsuit alleges that my employer failed to properly compensate its employees for
overtime hours worked and failed to make timely payments to its employees for overtime
hours worked. I am, or was, employed by the City of Alameda, State of California,
during some or all of the period from three years prior to the filing of the lawsuit to the
date of signing of this consent. This action has been brought on my behalf and on the
behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b)
of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation,
liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: ___Russell L. West Sr___

Date: ___9-13-07___

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Patrick B. Wyeth_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _Patrick B. Wyeth_

Date: _23 SEPT 2007_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _PETER T YAKAS_ , hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _PETER  T YAKAS_

Date: _9/11/07_

## CONSENT TO JOIN ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _ADAM  YOUNG_____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Adam Young_____

Print Name: ____ADAM YOUNG_____

Date: ___9 17 07_____

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, ALAN _____, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of Alameda, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of Alameda pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____ALAN R ZIELSTORFF_____

Date: ___9/11/07_____