1  Alison Berry Wilkinson (SBN 135890)
   **RAINS, LUCIA & WILKINSON LLP**
2  2300 Contra Costa Blvd., Suite 230
   Pleasant Hill, CA 94523
3  Tel: (925) 609-1699
4  Fax: (925) 609-1690
   Email: awilkinson@rlwlaw.com
5
   Attorneys for Plaintiffs
6  DENNIS HART AND RON MILLER
7

8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  **DENNIS HART and RON       )  Case Number:
    MILLER**                    )
12                              )  **PROOF OF SERVICE RE: (1)**
            Plaintiffs,         )  **COMPLAINT: (2) SUMMONS:**
13                              )  **(3) CIVIL COVER SHEET**
    v.                          )
14                              )
    **CITY OF ALAMEDA**         )
15                              )
            Defendant.          )
16                              )
                                )
17  _____  )

FILED
NOV 19 AM 11:37

MMC

ORIGINAL

PROOF OF SERVICE

**PROOF OF SERVICE**

Case Name: *Dennis Hart and Ron Miller v. City of Alameda*
United States District Court for the Northern District of California
Case No.:

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**COMPLAINT**

**SUMMONS**

**CIVIL COVER SHEET**

upon all parties addressed as follows:

Laura Weisiger, City Clerk
City of Alameda
Office of the City Clerk
Alameda City Hall
2263 Santa Clara Ave., Room 380
Alameda, CA 94501

said service was effected as indicated below:

☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

1

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | ☐ | VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above. |
| 2 | | |
| 3 | ☒ | VIA COURIER: by causing personal delivery by <u>Western Messenger</u> of the document(s) listed above to the person(s) at the address(es) set forth on the attached Service List. |
| 4 | | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on November 19, 2007 at Pleasant Hill, California.

_____
Maggie Bedig

2

PROOF OF SERVICE