UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dennis Hart and Ron Miller

CASE NO. C 07 5845 MMC

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

City of Alameda

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  By stipulation after agreed-upon pre-ADR discovery

Dated: Feb. 29, 2008

_____
Attorney for Plaintiff

Dated: Feb. 28, 2008

_____
Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓    Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓    other   By stipulation.

IT IS SO ORDERED.

Dated:_____

                                                        UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

Case Name:  *Dennis Hart and Ron Miller v. City of Alameda*
United States District Court for the Northern District of California
Case No.: C 07 5845 MMC

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION AND [PROPOSED[ ORDER SELECTING ADR PROCESS**

upon all parties addressed as follows:

Steve Cikes, Esq.
C. Christine Maloney, Esq.
Jeffrey Sloan, Esq.
Renne Sloan Holtzman & Sakai LLP
50 California Street, Suite 2100
San Francisco, CA 94111
T: 415.678.3800
F. 415.678.3838
scikes@publiclawgroup.com
cmaloney@publiclawgroup.com
jsloan@publiclawgroup.com

said service was effected as indicated below:

- ☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

- ☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

- ☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

1

1  ☒   VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on February 29, 2008 at Pleasant Hill, California.

_____
Maggie Bedig

2

PROOF OF SERVICE