**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

E-Filing

Date: MAR 0 7 2008

C - 07 - 5845 - MMC

Dennis Hart & Ron Miller    v    City of Alameda

Attorneys: Alison Berry Wilkinson    Donna Mooney

Deputy Clerk: **TRACY LUCERO**    Reporter: Not Reported

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference [Initial]

**ORDERED AFTER HEARING:**

Joint statement due by 7/11/08

Pre-ADR Discovery pursuant to Case Management Conference statement

( ) ORDER TO BE PREPARED BY:    Plntf____ Deft____ Court____

(✓) Referred to ~~Magistrate~~ ADR For: Mediation - to be conducted within next 90 days
    (✓) By Court
(✓) CASE CONTINUED TO  7/18/08 @ 10:30  for Continued Case Management Conference

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for ____ days
Type of Trial: ( ) Jury    ( ) Court
Notes: _____

CC: ADR/MED (15 min)