1  TERESA HIGHSMITH (State Bar No. 155262)
   CITY ATTORNEY
2  DONNA MOONEY (State Bar No. 189753)
   SENIOR ASSISTANT CITY ATTORNEY
3  OFFICE OF THE CITY ATTORNEY
   2263 Santa Clara Venue, Room 280
4  Alameda, California 94501
   (510) 747-4750
5  FAX (510) 747-4767

6

7  JOSEPH E. WILEY (State Bar No. 84154)
   IAN P. FELLERMAN (State Bar No. 119725)
   WILEY PRICE & RADULOVICH, LLP
8  1301 Marina Village Parkway, Suite 310
   Alameda, California 94501
9  (510) 337-2810
   FAX (510) 337-2811
10
   Attorneys for Defendant
11 CITY OF ALAMEDA

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | DENNIS HART AND RON MILLER,         | Case No.:  C 07-05845 MMC
17 |         Plaintiffs,                 | ASSOCIATION OF COUNSEL
18 |     v.                              |
19 | CITY OF ALAMEDA,                    |
20 |         Defendant.                  |

21

22

23

24

25

26

27

28

1

1  Defendant City of Alameda hereby associates as counsel in this action Joseph E. Wiley
2  and Ian P. Fellerman of Wiley Price & Radulovich, located at 1301 Marina Village Parkway,
3  Suite 310, Alameda, California, (510) 337-2810.

4
5  Date: March 12, 2008

                      OFFICE OF THE CITY ATTORNEY
                      CITY OF ALAMEDA

6  /s/
7  _____
   TERESA HIGHSMITH
   DONNA MOONEY
8
   Attorneys for Defendant
9   CITY OF ALAMEDA

10  ASSOCIATION ACCEPTED:

    WILEY PRICE & RADULOVICH, LLP

11  Date: March 13, 2008

12           /s/
       By: _____
13          IAN P. FELLERMAN

14         Attorneys for Defendant
        CITY OF ALAMEDA

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**PROOF OF SERVICE**

2  I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My
3  business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:
4

**ASSOCIATION OF COUNSEL**

5

6  ☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and
7  was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the
8  parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

9  ☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to
10  California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United
11  States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

12  ☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by
13  the process server or delivery service will be filed shortly.

14  ☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

15  ☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment
16  to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c). A copy of the consignment slip is attached to this proof of service.

17
   Alison Berry Wilkinson
18 Rains, Lucia & Wilkinson LLP
   2300 Contra Costa Blvd., Ste. 230
19 Pleasant Hill, CA 94523
   (925) 609-1699
20 Fax: (925) 609-1690

21

22  I declare under penalty of perjury that the above is true and correct. Executed on March 13, 2008 at Alameda, California.

23                                                                    /s/
                                                          _____
24                                                         Magnolia D. Vinluan

25

26

27

28

---

Wiley Price & Radulovich, LLP | Association of Counsel | Case No. C 07-05845 MMC
E-File

| | |
|---|---|
| Filename: | Assoc of Counsel |
| Directory: | G:\Clients\Alameda, City of\Hart, Dennis (Lit)\Pleadings |
| Template: | C:\Program Files\MacPac\Firm\Pleading.dot |
| Title: | MacPac 8.0 Proof Of Service template |
| Subject: | |
| Author: | Reed Smith User |
| Keywords: | |
| Comments: | Rev. March 13, 1998 10:51:19 |
| Creation Date: | 3/11/2008 2:01:00 PM |
| Change Number: | 11 |
| Last Saved On: | 3/13/2008 11:54:00 AM |
| Last Saved By: | Karyn Roybal |
| Total Editing Time: | 11 Minutes |
| Last Printed On: | 3/13/2008 11:54:00 AM |

As of Last Complete Printing
   Number of Pages: 3
   Number of Words:   660 (approx.)
   Number of Characters:   3,558 (approx.)