# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Hart, | 07-05845 MMC MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City of Alameda, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert A. Edwards**
Law Offices of Robert A. Edwards
19229 Sonoma Highway #111
Sonoma, CA 95476
707-933-9351
RAEDWARDS2000@CS.COM

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05845 MMC MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 18, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov