Alison Berry Wilkinson (SBN 135890)
**BERRY WILKINSON LAW GROUP, INC.**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94303
Tel: (415) 259-6638
Fax: (415) 492-2810
Email: Alison@berrywilkinson.com

Attorneys for Plaintiffs
DENNIS HART AND RON MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS HART and RON MILLER**<br><br>  Plaintiffs,<br><br>v.<br><br>**CITY OF ALAMEDA**<br><br>  Defendant. | Case Number: C 07 5845 MMC<br><br>**SUBSTITUTION OF ATTORNEYS** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff makes the following substitution of counsel:

Alison Berry Wilkinson of Berry Wilkinson Law Group, Inc, as listed in the caption above, is substituting in as the new counsel of record to replace Rains, Lucia & Wilkinson LLP. The named plaintiffs and all counsel consent to this substitution as indicated below:

Dated: May 20, 2008

RAINS, LUCIA & WILKINSON LLP

By: _____
    Michael L. Rains
Attorneys for Plaintiffs Hart and Miller

1

SUBSTITUTION OF ATTORNEYS

1
2  Dated: May 20, 2008

3  _____
   By:   Dennis Hart
   PLAINTIFF

4
5  Dated: May 20, 2008

6  _____
   By:   Ron Miller
   PLAINTIFF

7
8  Dated: May __, 2008

9                                  BERRY WILKINSON LAW GROUP, INC.

10
11 _____
   By:   Alison Berry Wilkinson
   Attorneys for Plaintiffs Hart and Miller

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

SUBSTITUTION OF ATTORNEYS

# PROOF OF SERVICE

Case Name: *Dennis Hart and Ron Miller v. City of Alameda*
United States District Court for the Northern District of California
Case No.: C 07 5845 MMC

I, Maggie Bedig, am a citizen of the United States, and am over 18 years of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains Lucia Stern, PC, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

## SUBSTITUTION OF ATTORNEYS

upon all parties addressed as follows:

Teresa Highsmith, City Attorney
Donna Mooney, Senior Asst. City Attorney
Office of the City Attorney
2263 Santa Clara Ave., Room 280
Alameda, CA 94501
Facsimile: 510-747-4767
Email: dmooney@ci.alameda.ca.us

Joseph E. Wiley, Esq.
Ian P. Fellerman
Wiley Price & Radulovich
1301 Marina Village Parkway, Suite 310
Alameda, CA

said service was effected as indicated below:

- ☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

- ☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

- ☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

1 ☒ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on May 20, 2008 at Pleasant Hill, California.

*Maggie Bedig*
Maggie Bedig

PROOF OF SERVICE