# UNITED STATES DISTRICT COURT

## Northern District of California

Hart,

    Plaintiff(s),

v.

City of Alameda,

    Defendant(s).

No. C 07-05845 MMC MED

**Certification of ADR Session**

_Instructions_: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __5/21/08__ (9 hours)

2. Did the case settle? ☐ fully ☒ partially ☒ no

3. If the case did not settle fully, is any follow-up contemplated? yes

   ☒ another session scheduled for (date) __to be determined by 6/5/08__

   ☒ phone discussions expected by (date) __6/5/08__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED? ☐ YES ☒ NO

Dated: __6/3/08__

_____
Mediator, Robert A. Edwards
Law Offices of Robert A. Edwards
19229 Sonoma Highway #111
Sonoma, CA 95476

**Certification of ADR Session**
07-05845 MMC MED