**CIVIL MINUTES**

E-filing

Judge MAXINE M. CHESNEY

Date: JUL 1 8 2008

C-07-5845-MMC (MED)

DENNIS HART & RON MILLER v. City of Alameda

Attorneys: Alison Berry Wilkinson    Ian Fellerman

Deputy Clerk: **TRACY LUCERO**        Reporter: NOT REPORTED

**PROCEEDINGS:**                                    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

                                               Continued
( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Plaintiff to file 1st Amended Complaint no later than 7/23/08.
Plaintiff to file motion for summary judgment on issues presented in Section 3A of Case Management Statement. Discovery limited to those two issues.

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

( ) Referred to Magistrate For: _____
        ( ) By Court
(✓) CASE CONTINUED TO  4/17/09 @ 10:30  for Continued Case Management Conf.
                                         Joint Statement due by 4/10/09.
Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for ____ days
                    Type of Trial: ( ) Jury   ( ) Court
Notes: NO CROSS MOTIONS.
_____

(10 min)