Alison Berry Wilkinson (SBN 135890)
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94901
Telephone/Facsimile: (415) 259-6638
Email: alison@berrywilkinson.com

Attorneys for Plaintiffs
DENNIS HART AND RON MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS HART** and **RON MILLER**,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF ALAMEDA**<br><br>Defendant. | Case Number: C 07-05845 MMC<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITY** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: the **Alameda Police Officers Association.**

Dated: 23 July 2008

Respectfully submitted,

BERRY | WILKINSON | LAW GROUP

By: _____
Alison Berry Wilkinson
Attorneys for Plaintiffs Dennis Hart and Ron Miller

1

CERTIFICATION OF INTERESTED ENTITES
*Hart, et al. v. City of Alameda*, U.S.D.C. Case No. C07-05845 MMC