TERESA HIGHSMITH (State Bar No. 155262)
CITY ATTORNEY
DONNA MOONEY (State Bar No. 189753)
SENIOR ASSISTANT CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone:  (510) 747-4750
Facsimile:   (510) 747-4767


JOSEPH E. WILEY (State Bar No. 84154)
IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone:  (510) 337-2810
Facsimile:   (510) 337-2811

Attorneys for Defendant
CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HART AND RON MILLER, | Case No.: C 07-05845 MMC |
| Plaintiffs, | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITY** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could

///

///

///

1  be substantially affected by the outcome of this proceeding:  The City of Alameda.

2  Date:  August 4, 2008

WILEY PRICE & RADULOVICH, LLP

By: _____/s/_____
    IAN P. FELLERMAN

    Attorneys for Defendant
    CITY OF ALAMEDA

1

**PROOF OF SERVICE**

2

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

3

4

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITY**

5

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

6

7

8

9

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

10

11

12

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

13

14

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

15

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c). A copy of the consignment slip is attached to this proof of service.

16

17

18

Alison Berry Wilkinson
Berry Wilkinson Law Group, Inc.
4040 Civic Center Drive, Suite 200
San Rafael, California  94303
Telephone:  415/259-6638
Facsimile:  415/492-2810
Email:  Alison@berrywilkinson.com

19

20

21

22

I declare under penalty of perjury that the above is true and correct. Executed on August 4, 2008 at Alameda, California.

23

/s/
Maria J. Uhl

24

25

26

27

28

---

Wiley Price & Radulovich, LLP | Defendant's Certification of Interested Entity | Case No. C 07-05845 MMC
E-File