1  Teresa Highsmith, City Attorney (SB# 155262)
   Donna Mooney, Senior Assistant City Attorney (SB # 189753)
2  Office of the City Attorney
   2263 Santa Clara Avenue, Room 280
3  Alameda, California 94501
   Telephone: (510) 747-4750
4  Fax No.: (510) 747-4767
   Email: dmooney@ci.alameda.ca.us
5
   JOSEPH E. WILEY (State Bar No. 84154)
6  IAN P. FELLERMAN (State Bar No. 119725)
7  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
8  Alameda, California 94501
   (510) 337-2810
9  FAX (510) 337-2811
10
   Attorneys for Defendant
11 CITY OF ALAMEDA

12
   Alison Berry Wilkinson (SB# 135890)
13 BERRY WILKINSON LAW GROUP
   4040 Civic Center Drive, Suite 200
14 San Rafael, CA 94903
   Telephone/Facsimile: (415) 259-6638
15 Email: alison@berrywilkinson.com

16 Attorney for Plaintiffs
   Dennis Hart and Ron Miller

17
18
19                    UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| 22  DENNIS HART AND RON MILLER, | Case No.: C 07-05845 MMC |
| 23             Plaintiffs, | **STIPULATION TO EXTEND TIME FOR FILING SUPPLEMENTAL BRIEF AND** ~~PROPOSED~~ **ORDER** |
| 24        v. | |
| 25  CITY OF ALAMEDA, | Dept:   Courtroom 7, 19th Floor |
| 26             Defendant. | The Hon. Maxine M. Chesney |
| 27 | |
| 28 | |

STIPULATION AND PROPOSED ORDER

1

WHEREAS on March 13, 2009 at the hearing on the motions for summary adjudication filed by the parties the Court ordered that the parties submit further briefing in two weeks, i.e., on or before March 27, 2009;

WHEREAS the Court indicated that it would be willing to modify the ordered time frame if the parties reached a mutual agreement;

WHEREAS Plaintiffs requested that Defendants extend time for filing by one week due to the schedule disruption caused by the unanticipated and tragic killing of four Oakland police officers;

WHEREAS Defendants were agreeable to the schedule adjustment;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their counsel, that the deadline for submitting the requested supplemental briefing is hereby extended to April 3, 2009.

IT IS SO STIPULATED

Date: March 26, 2009

_____
Alison Berry Wilkinson
Attorney for Plaintiffs

Date: March 26, 2009

_____
Ian P. Fellerman
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Date: March 26, 2009

_____
MAXINE CHESNEY
United States District Court Judge