Teresa Highsmith, City Attorney (SB# 155262)
Donna Mooney, Senior Assistant City Attorney (SB # 189753)
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone: (510) 747-4750
Fax No.: (510) 747-4767
Email: dmooney@ci.alameda.ca.us

JOSEPH E. WILEY (State Bar No. 84154)
IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendant
CITY OF ALAMEDA

Alison Berry Wilkinson (SB# 135890)
BERRY WILKINSON LAW GROUP
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: (415) 259-6638
Email: alison@berrywilkinson.com

Attorney for Plaintiffs
Dennis Hart and Ron Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HART AND RON MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ALAMEDA,<br><br>Defendant. | Case No.: C 07-05845 MMC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>Dept:   Courtroom 7, 19th Floor<br>          The Hon. Maxine M. Chesney |

STIPULATION AND PROPOSED ORDER

1

WHEREAS a further the Case Management Conference is currently scheduled for Friday, April 17, 2009 at 10:30 a.m.;

WHEREAS an updated Joint Case Management Statement is due on this Friday, April 10, 2009;

WHEREAS the parties have filed motions for summary adjudication of issues that are still pending;

WHEREAS the parties agree that it would be difficult to engage in further case management until after decisions are issued on the pending motions;

THE PARTIES HEREBY STIPULATE that the Case Management Conference currently scheduled for Friday, April 17, 2009 should be postponed until 60-days following the resolution of the pending motions for summary adjudication.

IT IS SO STIPULATED.

Date: April 6, 2009

Alison Berry Wilkinson
Attorney for Plaintiffs

Date: April 6, 2009

Ian P. Fellerman
Attorney for Defendant

## ORDER

IT IS SO ORDERED., with the exception that the Case Management Conference is continued to July 24, 2009.

Date: April 7, 2009

MAXINE CHESNEY
United States District Court Judge