```
1   Teresa Highsmith, City Attorney (SB# 155262)
    Donna Mooney, Senior Assistant City Attorney (SB# 189753)
2   Office of the City Attorney
    2263 Santa Clara Avenue, Room 280
3   Alameda, California 94501
    Telephone: (510) 747-4750
4   Fax No.: (510) 747-4767
    Email: dmooney@ci.alameda.ca.us
5
    Joseph E. Wiley (SB# 84154)
6   Ian P. Fellerman (SB# 119725)
    WILEY PRICE & RADULOVICH, LLP
7   1301 Marina Village Parkway, Suite 310
8   Alameda, California 94501
    (510) 337-2810
9   FAX (510) 337-2811

10  Attorneys for Defendant
    CITY OF ALAMEDA
11

12
    Alison Berry Wilkinson (SB# 135890)
13  BERRY WILKINSON LAW GROUP
    4040 Civic Center Drive, Suite 200
14  San Rafael, CA 94903
    Telephone/Facsimile: (415) 259-6638
15  Email: alison@berrywilkinson.com

16  Attorney for Plaintiffs
    Dennis Hart and Ron Miller
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HART AND RON MILLER, | Case No.: C 07-05845 MMC |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE AND** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendant, through their respective counsel, that the September 18, 2009 Case Management Conference should be continued for approximately sixty (60) days to give the parties additional time to attempt to resolve this matter, given that the Court's ruling on the parties' cross-motions for partial summary judgment has decided the key legal issues. The parties participated in a settlement conference on August 18, 2009, and anticipate further discussions in and through the month of September. At that time, the parties will be in a better position to identify whether the parties have reached a resolution, whether the intervention of a third party or additional discovery is appropriate to facilitate resolution, or whether the parties intend to proceed to trial with the remaining claims.

Date: August 20, 2009

/ s /

Alison Berry Wilkinson
Attorney for Plaintiffs

Date: August 20, 2009

/ s /

Ian P. Fellerman
Attorney for Defendant

### ORDER

Pursuant to Stipulation of the parties, the Court hereby Orders that the Case Management Conference scheduled for September 18, 2009 is continued to November 20, 2009 at 10:30 a.m., with an updated Joint Case Management Statement to be filed by the parties seven days prior thereto.

Date: ~~August ___, 2009~~ September 3, 2009



MAXINE CHESNEY
United States District Court Judge