TERESA HIGHSMITH (State Bar No. 155262)
CITY ATTORNEY
DONNA MOONEY (State Bar No. 189753)
SENIOR ASSISTANT CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone: (510) 747-4750
Facsimile: (510) 747-4767

JOSEPH E. WILEY (State Bar No. 84154)
IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811

Attorneys for Defendant
CITY OF ALAMEDA

ALISON BERRY WILKINSON (State Bar No. 135890)
BERRY WILKINSON LAW GROUP
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone: (415) 259-6638
Facsimile: (415) 259-6638

Attorney for Plaintiffs
DENNIS HART AND RON MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HART AND RON MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ALAMEDA,<br><br>Defendant. | Case No.: C 07-05845 MMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** ~~**PROPOSED**~~ **ORDER** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendant, through their respective counsel, that the November 20, 2009 Case Management Conference should be continued for approximately sixty (60) days to give the parties additional time to attempt to resolve this matter, given that the Court's ruling on the parties' cross-motions for partial summary judgment has decided the key legal issues. The parties have participated in a settlement conference and anticipate further discussions in and through the month of December. At that time, the parties will be in a better position to identify whether they have reached a resolution, whether the intervention of a third party or additional discovery is appropriate to facilitate resolution, or whether the parties intend to proceed to trial with the remaining claims.

Date: November 9, 2009

BERRY WILKINSON LAW GROUP

By: _____/s/_____
ALISON BERRY WILKINSON
Attorneys for Plaintiffs
DENNIS HART AND RON MILLER

Date: November 9, 2009

WILEY PRICE & RADULOVICH, LLP

By: _____/s/_____
IAN P. FELLERMAN
Attorneys for Defendant
CITY OF ALAMEDA

### ORDER

Pursuant to Stipulation of the parties, the Court hereby Orders that the Case Management Conference scheduled for November 20, 2009 is continued to ~~January~~ February 5, 2010 at 10:30 a.m., with an updated Joint Case Management Statement to be filed by the parties seven days prior thereto.

Date: November 13, 2009

_____/s/ Maxine M. Chesney_____
MAXINE CHESNEY
United States District Court Judge