```
 1  TERESA HIGHSMITH (State Bar No. 155262)
    CITY ATTORNEY
 2  DONNA MOONEY (State Bar No. 189753)
    SENIOR ASSISTANT CITY ATTORNEY
 3  OFFICE OF THE CITY ATTORNEY
    2263 Santa Clara Avenue, Room 280
 4  Alameda, California 94501
    Telephone:  (510) 747-4750
 5  Facsimile:  (510) 747-4767

 6  JOSEPH E. WILEY (State Bar No. 84154)
    IAN P. FELLERMAN (State Bar No. 119725)
 7  WILEY PRICE & RADULOVICH, LLP
    1301 Marina Village Parkway, Suite 310
 8  Alameda, California 94501
    Telephone:  (510) 337-2810
 9  Facsimile:  (510) 337-2811

10  Attorneys for Defendant
    CITY OF ALAMEDA
11
    ALISON BERRY WILKINSON (State Bar No. 135890)
12  BERRY WILKINSON LAW GROUP
    4040 Civic Center Drive, Suite 200
13  San Rafael, CA 94903
    Telephone:  (415) 259-6638
14  Facsimile:  (415) 259-6638

15  Attorney for Plaintiffs
    DENNIS HART AND RON MILLER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DENNIS HART AND RON MILLER, | Case No.: C 07-05845 MMC |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendant, through their respective counsel, that the April 9, 2010 Case Management Conference should be continued for approximately thirty (30) days to give the parties additional time to attempt to resolve this matter, given that the Court's ruling on the parties' cross-motions for partial summary judgment has decided the key legal issues. The parties have participated in a settlement conference and anticipate further discussions in and through the month of April. At that time, the parties will be in a better position to identify whether they have reached a resolution, whether the intervention of a third party or additional discovery is appropriate to facilitate resolution, or whether the parties intend to proceed to trial with the remaining claims.

Date: March 30, 2010

BERRY WILKINSON LAW GROUP

By: /s/
ALISON BERRY WILKINSON
Attorneys for Plaintiffs
DENNIS HART AND RON MILLER

Date: March 30, 2010

WILEY PRICE & RADULOVICH, LLP

By: /s/
IAN P. FELLERMAN
Attorneys for Defendant
CITY OF ALAMEDA

## ORDER

Pursuant to Stipulation of the parties, the Court hereby Orders that the Case Management Conference scheduled for April 9, 2010 is continued to May 21, 2010 at 10:30 a.m., with an updated Joint Case Management Statement to be filed by the parties seven days prior thereto.

No further continuances will be granted without a court appearance.

Date: April 1, 2010

Maxine M. Chesney
United States District Court Judge