| | |
|---|---|
| 1 | TERESA HIGHSMITH (State Bar No. 155262)<br>CITY ATTORNEY |
| 2 | DONNA MOONEY (State Bar No. 189753)<br>SENIOR ASSISTANT CITY ATTORNEY |
| 3 | OFFICE OF THE CITY ATTORNEY<br>2263 Santa Clara Avenue, Room 280 |
| 4 | Alameda, California 94501<br>Telephone: (510) 747-4750 |
| 5 | Facsimile: (510) 747-4767 |
| 6 | JOSEPH E. WILEY (State Bar No. 84154)<br>IAN P. FELLERMAN (State Bar No. 119725) |
| 7 | WILEY PRICE & RADULOVICH, LLP<br>1301 Marina Village Parkway, Suite 310 |
| 8 | Alameda, California 94501<br>Telephone: (510) 337-2810 |
| 9 | Facsimile: (510) 337-2811 |
| 10 | Attorneys for Defendant<br>CITY OF ALAMEDA |
| 11 | |
| 12 | ALISON BERRY WILKINSON (State Bar No. 135890)<br>BERRY WILKINSON LAW GROUP |
| 13 | 4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903 |
| 14 | Telephone: (415) 259-6638<br>Facsimile: (415) 259-6638 |
| 15 | Attorney for Plaintiffs<br>DENNIS HART AND RON MILLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HART AND RON MILLER,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF ALAMEDA,<br><br>     Defendant. | Case No.: C 07-05845 MMC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND** ~~**PROPOSED**~~ **ORDER** |

The parties have orally agreed on the terms of a settlement of this action. It is anticipated that the parties will sign a settlement agreement and file a Request for Dismissal of this action by June 30. Accordingly, the parties respectfully request that the Court continue the CMC for approximately sixty (60) days to give the parties sufficient time to sign the settlement agreement and file the Request for Dismissal.

Date: May 11, 2010

BERRY WILKINSON LAW GROUP

By: _____/s/_____
ALISON BERRY WILKINSON
Attorneys for Plaintiffs
DENNIS HART AND RON MILLER

Date: May 11, 2010

WILEY PRICE & RADULOVICH, LLP

By: _____/s/_____
IAN P. FELLERMAN
Attorneys for Defendant
CITY OF ALAMEDA

**ORDER**

The Court hereby Orders that the Case Management Conference scheduled for May 21, 2010 is continued to July 23, 2010 at 10:30 a.m., with an updated Joint Case Management Statement to be filed by the parties seven days prior thereto if no Request for Dismissal has been filed.

Date: May 12, 2010

_____
United States District Court Judge