TERESA HIGHSMITH (State Bar No. 155262)
CITY ATTORNEY
DONNA MOONEY (State Bar No. 189753)
SENIOR ASSISTANT CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
Telephone: (510) 747-4750
Facsimile: (510) 747-4767

JOSEPH E. WILEY (State Bar No. 84154)
IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811

Attorneys for Defendant
CITY OF ALAMEDA

ALISON BERRY WILKINSON (State Bar No. 135890)
BERRY WILKINSON LAW GROUP
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone: (415) 259-6638
Facsimile: (415) 259-6638

Attorney for Plaintiffs
DENNIS HART AND RON MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HART AND RON MILLER,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF ALAMEDA,<br><br>    Defendant. | Case No.: C 07-05845 MMC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND** ~~PROPOSED~~ **ORDER** |

The parties have signed a written settlement agreement regarding this action. However, several of the consenting Plaintiffs in this collective FLSA action still need to sign consents to the settlement agreement. It is anticipated that the remaining individuals will sign the consent forms by July 30, and it is anticipated that a Request for Dismissal will be filed by August 30. Accordingly, the parties respectfully request that the Court continue the CMC for approximately sixty (60) days to give the parties sufficient time to obtain the remaining signed consent forms and file the Request for Dismissal.

Date: July 8, 2010

BERRY WILKINSON LAW GROUP

By: _____/s/_____
ALISON BERRY WILKINSON
Attorneys for Plaintiffs
DENNIS HART AND RON MILLER

Date: July 8, 2010

WILEY PRICE & RADULOVICH, LLP

By: _____/s/_____
IAN P. FELLERMAN
Attorneys for Defendant
CITY OF ALAMEDA

## ORDER

The Court hereby Orders that the Case Management Conference scheduled for July 23, 2010 is continued to September 24, 2010 at 10:30 a.m., with an updated Joint Case Management Statement to be filed by the parties seven days prior thereto if no Request for Dismissal has been filed.

Date: July 14, 2010

/s/ Vaughn R Walker for Maxine M. Chesney
United States District Court Judge