Alison Berry Wilkinson (SBN 135890)
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94901
Telephone/Facsimile: (415) 259-6638
Email: alison@berrywilkinson.com

Attorneys for Plaintiffs
DENNIS HART AND RON MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS HART** and **RON MILLER**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF ALAMEDA**<br><br>Defendant. | Case Number: C 07-05845 MMC<br><br>[Proposed] **ORDER RE APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**<br><br>**[Fair Labor Standards Act, 29 U.S.C. section 201** *et seq.***];** |

The Court has carefully reviewed the Settlement Agreement (including Exhibits) and the Parties' Stipulation. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court expressly reserves jurisdiction with respect to this Action for the purposes of enforcing the Settlement Agreement; and

3. This Action is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED:

Dated: October 13, 2010

_____
Maxine M. Chesney
United States District Court Judge

1

**[Proposed] Order RE Approval of Settlement Agreement**
*Hart, et al. v. City of Alameda, U.S.D.C. Case No. C07-05845 MMC*